UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
TRUSTEES OF THE NEW YORK CITY DISTRICT            :
COUNCIL OF CARPENTERS PENSION FUND,               :
WELFARE FUND, ANNUITY FUND, AND                   :     22 Civ. 8202 (JPC)
APPRENTICESHIP, JOURNEYMAN RETRAINING,            :
EDUCATIONAL AND INDUSTRY FUND et al.,             :
                                                  :              ORDER
                       Petitioners,               :
                                                  :
            v.                                    :
                                                  :
                                                  :
REGAL USA CONCRETE INC.,                          :
                                                  :
                       Respondent.                :
                                                  :
-------------------------------------------------------------------X

JOHN P. CRONAN, District Judge:

On September 26, 2022, Petitioners filed a petition to confirm an arbitration award. Dkt. 1. To date, Respondent has not appeared in this action or filed an opposition to that petition.

It is hereby ORDERED that Respondent shall file any opposition to the petition by December 6, 2022. If Respondent fails to do so, the petition to confirm will be treated as an unopposed motion for summary judgment. *See D.H. Blair & Co. v. Gottdiener*, 462 F.3d 95, 109-10 (2d Cir. 2006). Petitioners' reply, if any, shall be filed by December 20, 2022. In accordance with the Court's Individual Rules and Practices for Civil Cases, requests for extensions or adjournment may be made only by letter-motion filed on ECF and must be received at least 48 hours (*i.e.*, two business days) before the deadline or scheduled appearance, absent compelling circumstances. The written submission must state (1) the original date(s) set for the appearance or deadline(s) and the new date(s) requested; (2) the reason(s) for the request; (3) the number of previous requests for adjournment or extension; (4) whether these previous requests were granted

or denied; and (5) whether opposing counsel consents, and, if not, the reasons given by opposing counsel for refusing to consent.

Petitioners shall serve this Order upon Respondent electronically and by overnight mail by November 17, 2022, and shall file an affidavit of such service with the Court no later than November 20, 2022.

SO ORDERED.

Dated: November 16, 2022
       New York, New York

                                                  _____
                                                      JOHN P. CRONAN
                                           United States District Judge