UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
TRUSTEES OF THE NEW YORK CITY DISTRICT         :
COUNCIL OF CARPENTERS PENSION FUND,            :
WELFARE FUND, ANNUITY FUND, AND                 :       22 Civ. 8202 (JPC)
APPRENTICESHIP, JOURNEYMAN RETRAINING,          :
EDUCATIONAL AND INDUSTRY FUND *et al.*,         :       ORDER
:
                    Petitioners,                :
:
        -v-                                     :
:
REGAL USA CONCRETE INC.,                        :
:
                    Respondent.                 :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

     Petitioners have filed a petition to confirm and enforce an arbitration award under section 301 of the Labor Management Relations Act of 1947 ("LMRA"), *as amended*, 29 U.S.C. § 185. Dkt. 1.  Respondent has not appeared in this action.  Having reviewed Petitioners' submissions, the Court requires additional information.  By June 19, 2023, Petitioners should provide the Court with documentation or other information reflecting the date of the audit referenced in their materials, and should further provide proof supporting the $77 in sought costs.

     SO ORDERED.

Dated: June 12, 2023
      New York, New York
                                            JOHN P. CRONAN
                                           United States District Judge