**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS PENSION FUND,
WELFARE FUND, ANNUITY FUND, AND
APPRENTICESHIP, JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND et al,

                       Petitioners,                      22 **CIVIL** 8202 (JPC)

     -against-                                       **JUDGMENT**

REGAL USA CONCRETE INC.,
                       Respondent.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 09, 2023, the Amended Petition is granted. The Clerk of the Court is respectfully directed to enter judgment of $11,986.15, which consists of the arbitration award of $9,324.71, attorneys' fees of $2,432.50, and costs in the amount of $228.94. Post-judgment interest will accrue at the statutory rate. accordingly, the case is closed.

**Dated:**  New York, New York
         August 10, 2023

                                                    **RUBY J. KRAJICK**
                                                      Clerk of Court

                          **BY:**

                                                      **Deputy Clerk**